**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | |
|---|---|
| Michael Lee Hartness, ) | |
| ) | **C/A No.:   4:10-1776-CMC-TER** |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| Michael J. Astrue, ) | |
| Commissioner of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the court on Plaintiff's petition for attorneys' fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Dkt. No. 35. Plaintiff seeks an award of attorneys' fees in the amount of $4,538.27, representing 26.1 attorney hours at the rate of $173.88 per hour. Dkt. No. 35-1 at 5-6. Plaintiff additionally requests $16.00 in expenses for postage fees and $7.00 for copying costs. *Id.*

The Commissioner has filed a response indicating that he does not object to an award of fees, expenses, and costs in the amount sought in the petition. Dkt. No. 36. Accordingly, the court finds that the amount sought is reasonable and orders, pursuant to the EAJA and 28 U.S.C. § 1920, that Plaintiff be awarded $4,554.27 in attorneys' fees and expenses and $7.00 for costs.

**IT IS SO ORDERED**.

    s/ Cameron McGowan Currie
    CAMERON MCGOWAN CURRIE
    UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 27, 2011